UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

-vs-  Case No.: 2:09-cr-74-FtM-99SPC

LASHANDRA GREEN a/k/a Tae
_____

**ORDER**

This matter comes before the Court on the Motion for Order to the U.S. Marshal's Office to Serve Subpoena (Doc. #147) filed on July 12, 2010. Pursuant to Rule 17(c), the Defendant moves the Court for an Order directing the United States Marshals to serve a subpoena prepared by Defense Counsel. However, Counsel does not provide the Court with the name of the individual to be subpoenaed, nor in general, the purpose of the subpoena. Absent the pertinent information, the Court will deny the motion without prejudice. Should Counsel wish to secure an appearance at the Defendant's court hearing, a motion should be framed in accordance with Fed. R. Crim. P. 17(c).

Accordingly, it is now

**ORDERED:**

The Motion for Order to the U.S. Marshal's Office to Serve Subpoena (Doc. #147) is **DENIED** without prejudice.

**DONE AND ORDERED** at Fort Myers, Florida, this 20th day of July, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record