# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

UNITED STATES OF AMERICA

-vs-  Case No.: 2:09-cr-74-FtM-99SPC

LASHANDRA GREEN

_____

### ORDER

This matter comes before the Court on the Second Motion for Order to the U.S. Marshal's Office to Serve Subpoena (Doc. #149) filed on July 20, 2010. Pursuant to Rule 17(c), the Defendant moves the Court for an Order directing the United States Marshals to serve a subpoena prepared by Defense Counsel. Counsel seeks to secure the appearance of Brian G. Tucker at the Defendant's sentencing hearing scheduled for August 16, 2010. The Court previously determined the Defendant qualified for the appointment of CJA Counsel. Having reviewed the motion and finding the Defendant's financial status has not changed, the Court finds good cause to utilize the U.S. Marshals for service of the subpoena for Brian G. Tucker. Accordingly, it is now

**ORDERED:**

The Second Motion for Order to the U.S. Marshal's Office to Serve Subpoena (Doc. #149) is **GRANTED**. The U.S. Marshals are directed to effect service upon Brian G. Tucker to appear at the Defendant's sentencing hearing on August 16, 2010.

**DONE AND ORDERED** at Fort Myers, Florida, this   2nd   day of August, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record